IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

        Plaintiff,                    No. CIV S-04-1107 DFL GGH P

   vs.

THERESA GUZMAN, et al.,

        Defendants.          <u>ORDER</u>

                               /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 15, 2005, the court granted plaintiff's motion to reopen this action. The court has not screened the complaint or addressed plaintiff's application to proceed in forma pauperis.

        Plaintiff's in forma pauperis application, filed August 13, 2004, was not filed on the form used by this district. The application also does not contain the required certification by prison officials. <u>See</u> 28 U.S.C. § 1915(a)(2).

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within thirty days of the date of this order plaintiff shall submit a completed in forma pauperis application using the form sent to him by the court;

/////

1

2. The Clerk of the Court is directed to send plaintiff an in forma pauperis application for a prisoner.

DATED: 10/25/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
and1107.am

2