IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTOLIN ANDREWS, | | |
| | Plaintiff, | No. CIV S-04-1107 DFL GGH P |
| vs. | | |
| THERESA GUZMAN, et al., | | |
| | Defendants. | FINDINGS & RECOMMENDATIONS |
| _____/ | | |

       Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is the second amended complaint filed July 13, 2006.  Named as defendants are Correctional Officers Tapia and Smith.

       The court has separately issued an order finding that the second amended complaint states a colorable claim for relief against defendants as to plaintiff's retaliation and access to the court claims.  The court also found that the plaintiff's due process claim was not colorable.  For the reasons stated in the separately issued order, the court now recommends dismissal of the due process claim.

       Accordingly, IT IS HEREBY RECOMMENDED that the due process claim contained in plaintiff's second amended complaint be dismissed.

/////

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3  days after being served with these findings and recommendations, plaintiff may file written
4  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
6  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7  F.2d 1153 (9th Cir. 1991).

DATED:   10/5/06                                                  /s/ Gregory G. Hollows

                                                                  _____
                                                                  GREGORY G. HOLLOWS
                                                                  UNITED STATES MAGISTRATE JUDGE

ggh:kj
an1107.56