IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

    Plaintiff,                      No. CIV S-04-1107 DFL GGH P

    vs.

THERESA GUZMAN, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 4, 2006, plaintiff filed a motion requesting permission to correspond with inmates at California State Prison-Solano. Plaintiff is presently in the custody of the Bureau of Immigration Affairs in Washington. Plaintiff alleges that prison officials have denied his request to communicate with other inmates under the mistaken belief that plaintiff is a parolee.

        The defendants in this action are Correctional Officers at California State Prison-Solano. In this capacity, it highly unlikely that these defendants have any control over plaintiff's ability to communicate with other inmates. In other words, defendants could not respond to a court order regarding plaintiff's request to communicate with other inmates. Accordingly, the motion is denied because plaintiff is, in essence, seeking relief against individuals who are not

1 parties to this action.  See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112

2 (1969)(court is unable to issue an order against individuals who are not parties to a suit pending

3 before it).

4       Plaintiff also states that he needs to communicate with these other inmates

5 regarding litigation other than the instant action.  Plaintiff's request to communicate with inmates

6 regarding other actions should be made in the other actions.  To the extent plaintiff is seeking to

7 communicate with inmates regarding the instant action, he does not describe what information he

8 is seeking.  The request is also denied on grounds that it is not well supported.

9       Accordingly, IT IS HEREBY ORDERED that plaintiff's August 4, 2006, request

10 for an order granting him permission to correspond with other inmates is denied.

11 DATED: 11/7/06

/s/ Gregory G. Hollows

_____

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

15 ggh:kj
an1107.po