IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

        Plaintiff,                           No. CIV S-04-1107 DFL GGH P

    vs.

THERESA GUZMAN, et al.,

        Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 27, 2006, the court inadvertently dismissed all of plaintiff's claims. The court now vacates that order.

        On October 6, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

1

1  file, the court finds the findings and recommendations to be supported by the record and by
2  proper analysis.

3

4     Accordingly, IT IS HEREBY ORDERED that:
5     1.  The November 27, 2006 order is vacated;
6     2.  The findings and recommendations filed October 6, 2006, are adopted in full;
7     and
8     3.  Plaintiff's due process claim is dismissed without prejudice.
9  DATED: November 28, 2006.

                                        /s/ David F. Levi
                                        UNITED STATES DISTRICT JUDGE