IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTOLIN ANDREWS,** | 2:04-cv-1107 DFL GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **THERESA GUZMAN, et al.,** | |
| Defendants. | |

On January 12, 2007, Defendants Smith and Tapia filed a motion for extension of time to file their responsive pleading, explaining that all documentation necessary to determine how to proceed has not yet been received. Defendants further explained that additional time is necessary to prepare a responsive pleading.

**FOR GOOD CAUSE SHOWN**, Defendants are granted an extension of time, up to and including February 20, 2007, in which to file their responsive pleading.

Dated: 1/23/07                             /s/ Gregory G. Hollows

                                                                                                                               _____
                                                                                                                               The Honorable Gregory G. Hollows
                                                                                                                               UNITED STATES MAGISTRATE JUDGE

and1107.eot