IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTOLIN ANDREWS,** | 2:04-cv-1107 DFL GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **THERESA GUZMAN, et al.,** | |
| Defendants. | |

On March 15, 2007, Defendants Smith and Tapia filed a motion for extension of time to file their reply brief supporting their motion to declare Plaintiff a vexatious litigant, explaining that the research necessary to respond to Plaintiff Andrews' opposition cannot be completed until after March 19, 2007.

**FOR GOOD CAUSE SHOWN**, Defendants are granted an extension of time nunc pro tunc, up to and including March 27, 2007, in which to file their reply brief.

Dated: 3/28/07

/s/ Gregory G. Hollows
U.S. Magistrate Judge

an1107.eot

[Proposed] Order

1