IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

     Plaintiff,                  No. CIV S-04-1107 DFL GGH P

    vs.

THERESA GUZMAN, et al.,

     Defendants.             <u>ORDER</u>

_____/

        On November 27, 2006 plaintiff filed a request for reconsideration of the magistrate judge's order filed November 7, 2006, denying plaintiff's request for permission to correspond with inmates. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 7, 2006, is affirmed.

DATED: 9/3/07

andr1107.851                                   UNITED STATES DISTRICT JUDGE