IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

       Plaintiff,                No. CIV S-04-1107 RRB GGH P

   vs.

THERESA GUZMAN, et al.,

       Defendants.        <u>ORDER</u>

_____/

      On February 20, 2007, defendants filed a motion to declare plaintiff a vexatious litigant. On July 11, 2007, the court ordered plaintiff to file further briefing in support of his opposition to this motion. Plaintiff filed a request for reconsideration of this order which is pending before the district court.

      Accordingly, IT IS HEREBY ORDERED that defendants' February 20, 2007, motion to declare plaintiff a vexatious litigant is vacated pending the district court's ruling on plaintiff's request for reconsideration of the July 11, 2007, order.

DATED: 02/25/08

                                         /s/ Gregory G. Hollows

                                         UNITED STATES MAGISTRATE JUDGE

an1107.vac

1