IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

    Plaintiff,                    No. CIV S-04-1107 JAM GGH P

    vs.

THERESA GUZMAN, et al.,

    Defendants.             ORDER

_____/

        On July 23, 2007, plaintiff filed an opposition to the order of the magistrate filed July 11, 2007, ordering him to file further briefing.  The court construes plaintiff's opposition as a request for reconsideration.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that upon reconsideration, the order of the magistrate judge filed July 11, 2007, is affirmed; plaintiff shall file his briefing within thirty days of the date of this order.

DATED: January 14, 2009

                                       /s/ John A. Mendez
an1107.req                            UNITED STATES DISTRICT JUDGE

1