IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

        Plaintiff,                    No. CIV S-04-1107 JAM GGH P

   vs.

THERESA GUZMAN, et al.,

        Defendants.             <u>ORDER</u>

_____/

        On January 15, 2009, the district court denied plaintiff's request for reconsideration of the order filed July 11, 2007, and ordered plaintiff to file his briefing in accordance with that order within thirty days. On January 26, 2009, plaintiff filed a motion for an extension of time to file his further briefing. Plaintiff also states that he no longer has a copy of the July 11, 2007, order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 26, 2009, motion for extension of time (no. 61) is granted in part; plaintiff's briefing in response to the July 11, 2007, order is due within twenty days of the date of this order;

        2. There will be no further extensions of time granted;

1  　　　　3.  The Clerk of the Court is directed to re-serve plaintiff with the July 11, 2007,
2  order (no. 48).
3  DATED: February 2, 2009
4  　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
5  　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
6
7
8  an1107.ord