IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

      Plaintiff,                  No. CIV S-04-1107 JAM GGH P

   vs.

THERESA GUZMAN, et al.,

      Defendants.         <u>ORDER</u>

                            /

        On March 26, 2009, plaintiff filed an opposition to the magistrate judge's order filed March 9, 2009, granting defendants' motion to declare plaintiff a vexatious litigant and ordering plaintiff to post security. The court construes plaintiff's opposition as a request for reconsideration.

        Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that:

        1. Upon reconsideration, the order of the magistrate judge filed March 9, 2009, is affirmed;

/////

1

2. Plaintiff is ordered to post security of $9,480 within twenty days of the date of this order.

DATED: April 29, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

an1107.850